```
                             United States Bankruptcy Court
                              Southern District of Indiana
In re:                                                               Case No. 16-07544-JJG
Lisa Renee Offutt                                                    Chapter 7
         Debtor                     CERTIFICATE OF NOTICE
District/off: 0756-1           User: admin                  Page 1 of 2                  Date Rcvd: Sep 30, 2016
                               Form ID: b309a               Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2016.
db            +Lisa Renee Offutt,    4531 Ringstead Way,    Indianapolis, IN 46235-8209
14093019       Allied Interstate, Inc,    300 Corporate Exch,    Columbus, OH 43231
14093025      +City of Lawrence,    9001 E. 59th St., Ste 203,    Indianapolis, IN 46216-1008
14093026       Community Health Network,    7163 Solution Center,    Chicago, IL 60677-7001
14093027       Community Health Network Physicians,     P.O. Box 19202,    Indianapolis, IN 46219-0202
14093029      +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
14093035      +Imc Credit Services,    PO Box 20636,    Indianapolis, IN 46220-0636
14093034      +Imc Credit Services,    6955 Hillsdale Ct,    Indianapolis, IN 46250-2054
14093038      +Indiana Receivables,    5120 Commerce Circle #5,    Indianapolis, IN 46237-9715
14093040       JMW Nerology,    P.O. Box 2152,    Indianapolis, IN 46206-2152
14093042      +Lawrence Township Small Claims Court,     4455 McCoy St,    49K03-1603-SC-1611,
                Indianapolis, IN 46226-7114
14093041      +Lawrence Township Small Claims Court,     4455 McCoy St,    49K03-1609-SC-005021,
                Indianapolis, IN 46226-7114
14093043      +Marion County Superior Court,    49D12-0808-CC-037260,     200 E. Washington St,
                Indianapolis, IN 46204-3307
14093046      +Medical Associates,    P.O. Box 6276, Dept 20,    Indianapolis, IN 46206-6276
14093047      +Nationwide Recovery Systems,    3000 Kellway Dr., Ste 108,    Carrollton, TX 75006-3304
14093048      +Pike Township Small Claims Court,    5665 Lafayette Rd - Ste B,    49K05-1008-SC-5172,
                Indianapolis, IN 46254-6164

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: Crystal@waltonlegal.net Sep 30 2016 22:34:08     Mark S. Zuckerberg,
                Walton Legal Services, P.C.,    5610 Crawfordsville Rd. Ste. 1200,
                Indianapolis, IN  46224-3784
tr             EDI: BTAKRUDY.COM Sep 30 2016 22:33:00     Thomas A. Krudy,    Office of Thomas A. Krudy,
                236 E 15th St,    Indianapolis, IN  46202-2515
ust           +E-mail/Text: ustpregion10.in.ecf@usdoj.gov Sep 30 2016 22:34:38      U.S. Trustee,
                Office of U.S. Trustee,    101 W. Ohio St.. Ste. 1000,    Indianapolis, IN 46204-1982
14093020       E-mail/Text: ebn@americollect.com Sep 30 2016 22:35:02     Americollect Inc,    Po Box 1566,
                Manitowoc, WI 54221
14093021      +EDI: CINGMIDLAND.COM Sep 30 2016 22:33:00     AT&T Mobility,    P.O. Box 6420,
                Carol Stream, IL 60197-6420
14093018      +EDI: AAEO.COM Sep 30 2016 22:33:00     Aaron Sales & Lease Ow,    1015 Cobb Place Blvd Nw,
                Kennesaw, GA 30144-3672
14093022      +EDI: HFC.COM Sep 30 2016 22:33:00     Beneficial / Household Finance,    Attn: Bankruptcy Dept,
                961 Weigel Dr,    Elmhurst, IL 60126-1050
14093023       E-mail/Text: bankruptcy@cashcall.com Sep 30 2016 22:35:31     Cashcall Inc,
                17360 Brookhurst Street,    Fountain Valley, CA 92708
14093024       E-mail/Text: bankruptcy@cashcall.com Sep 30 2016 22:35:31     Cashcall Inc,
                Attention: Bankruptcy Department,     1600 S Douglass Rd,    Anaheim, CA 92806
14093028      +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Sep 30 2016 22:40:55      Exeter Finance Corp,
                Po Box 166097,    Irving, TX 75016-6097
14093031       EDI: FORD.COM Sep 30 2016 22:33:00     Ford Motor Credit Corporation,
                Ford Credit National Bankruptcy Center,     Po Box 537901,    Livonia, MI 48153
14093032      +E-mail/Text: BANKRUPTCY@GLACOMPANY.COM Sep 30 2016 22:35:40     GLA Collection Company,
                2630 Gleeson Ln,    Louisville, KY 40299-1772
14093033       EDI: HFC.COM Sep 30 2016 22:33:00     HSBC/rs,    Hsbc Retail Services Attn: Bankruptcy,
                Po Box 15522,    Wilmington, DE 19850
14093039       EDI: IRS.COM Sep 30 2016 22:33:00     Internal Revenue Service,    P. O. Box 21126,
                Philadelphia, PA 19114
14093036      +E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Sep 30 2016 22:41:07
                Indiana Department of Revenue,    Rm. N203-Bankruptcy,     100 N. Senate Ave.,
                Indianapolis, IN 46204-2253
14093037       E-mail/Text: mdishman@indianafinance.net Sep 30 2016 22:34:24     Indiana Finance Compan,
                9601 S Innovation Dr Ste,    Daleville, IN 47334
14093044      +E-mail/Text: med1bknotice@med1solutions.com Sep 30 2016 22:35:14     Med 1 Solutions, LLC,
                517 US Highway 31 N,    Greenwood, IN 46142-3932
14093045      +E-mail/Text: med1bknotice@med1solutions.com Sep 30 2016 22:35:14     Med-1 Sol,
                517 Us Highway 31 N,    Greenwood, IN 46142-3932
14093049      +EDI: PINNACLE.COM Sep 30 2016 22:33:00     Pinnacle Financial Gro,    11000 West 78th Street,
                Minneapolis, MN 55344-8010
14093050       E-mail/Text: flong@radindiana.com Sep 30 2016 22:34:20     Radiology of Indiana,
                7340 Shadeland Station - Ste 200,    Indianapolis, IN 46256-3980
14093051       EDI: BLUECHIP.COM Sep 30 2016 22:33:00     Spotloan,    P.O Box 927,    Palatine, IL 60078-0927
14093052      +EDI: WABK.COM Sep 30 2016 22:33:00     World Finance Corporat,    10625 Pendleton Pike Ste,
                Indianapolis, IN 46236-3098
14093052      +E-mail/PDF: bk@worldacceptance.com Sep 30 2016 22:40:40     World Finance Corporat,
                10625 Pendleton Pike Ste,    Indianapolis, IN 46236-3098
                                                                                              TOTAL: 23
```

```
District/off: 0756-1         User: admin             Page 2 of 2           Date Rcvd: Sep 30, 2016
                             Form ID: b309a          Total Noticed: 38

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14093030      ##+First Bank of Delaware,    1000 Rocky Run Parkway,    Wilmington, DE 19803-1455
                                                                          TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2016 at the address(es) listed below:
              Mark S. Zuckerberg    on behalf of Debtor Lisa Renee Offutt Crystal@waltonlegal.net,
               DarleneR@waltonlegal.net
              Thomas A. Krudy    tkrudytrustee@gmail.com, IN65@ecfcbis.com
              U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
                                                                                    TOTAL: 3
```

| Information to identify the case: | |
|---|---|
| Debtor **Lisa Renee Offutt** <br> Name | Social Security number or ITIN **xxx–xx–6943** <br> EIN __–_____ |
| United States Bankruptcy Court – **Southern District of Indiana** <br> Case number: **16–07544–JJG–7** | Date case filed for chapter **7**: **September 29, 2016** |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline  12/2015

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, the debtor, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to **30 days** or not exist at all, although the debtor can ask the court to extend or impose a stay.

The debtor is seeking a discharge. Creditors who assert that the debtor is not entitled to a discharge or who want a debt excepted from discharge may be required to file a complaint within the deadlines specified in this notice. (See "Deadlines" section for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records) at pacer.insb.uscourts.gov.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify the debtor on this case, the debtor must submit a full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Lisa Renee Offutt | |
| 2. | **Other names** (used in last 8 years) | None | |
| 3. | **Address** | 4531 Ringstead Way <br> Indianapolis, IN 46235 | |
| 4. | **Debtor's attorney** <br> Name and address | Mark S. Zuckerberg <br> 5610 Crawfordsville Rd. Ste. 1200 <br> Indianapolis, IN 46224–3784 | Contact info: 317–241–2900 or <br> Crystal@waltonlegal.net |
| 5. | **Bankruptcy trustee** <br> Name and address | Thomas A. Krudy <br> Office of Thomas A. Krudy <br> 236 E 15th St <br> Indianapolis, IN 46202–2515 | Contact info: 317–635–4428 |

For more information, see page 2 >

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address or ecf.insb.uscourts.gov. You may inspect all records filed in this case at this office or pacer.insb.uscourts.gov. | United States Bankruptcy Court<br>Southern District of Indiana<br>46 E. Ohio St., Rm. 116<br>Indianapolis, IN 46204 | Open weekdays 8:30 AM – 4:30 PM ET<br><br>Contact info: 317−229−3800 |
| 7. | **Meeting of creditors**<br>The debtor must attend the meeting to be questioned under oath. Creditors may attend but are not required to do so. If the meeting is continued or adjourned to a later date, the date will be on the court docket. | **November 15, 2016 at 10:00 AM EST**<br><br>**The debtor MUST provide picture identification and proof of social security number** to the trustee at the meeting of creditors. Failure to do so may result in the case being dismissed. Language interpretation of the meeting of creditors will be provided to the debtor at no cost through a telephone interpreter service upon request made to the trustee. These services may not be available at all locations. | Location:<br>**Rm. 416A U.S. Courthouse**<br>**46 E. Ohio St.**<br>**Indianapolis, IN 46204** |
| 8. | **Presumption of abuse**<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). The debtor may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to object to discharge or challenge whether certain debts are dischargeable:**<br>**You must file a complaint by the deadline:**<br>• if you assert that the debtor is not entitled to a discharge under 11 U.S.C. § 727(a)(2)−(7) or<br>• if you want a debt excepted from the discharge under 11 U.S.C. § 523(a)(2), (4), or (6).<br><br>**Objection to exemptions:**<br>The law permits the debtor to keep certain property as exempt. If you believe the law does not authorize an exemption claimed by the debtor, you may file an objection **no later than 30 days after the meeting of creditors concludes**. | **January 17, 2017**<br>**You must file a motion by the deadline:**<br>• if you assert that the discharge should be denied under 11 U.S.C. § 727(a)(8) or (9). |
| 10. | **Proof of claim**<br>Do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have a question about your rights in this case. | |
| 12. | **Exempt property** | The law allows the debtor to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. The debtor must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or pacer.insb.uscourts.gov. If you believe the law does not authorize an exemption claimed by the debtor, you may file an objection **no later than 30 days after the meeting of creditors concludes**. | |
| 13. | **Abandonment of property** | Pursuant to S.D.Ind. B−6007−1, a trustee's report of no distribution serves as a notice proposing the abandonment of all property from the estate. No further notice of the abandonment will be given unless a party in interest files a request for further notice of abandonment no later than **one day** before the first date set for the 341 meeting. Any party filing such a request will be given notice upon filing of the report of no distribution and have **14 days** to object to the abandonment. | |